UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VENA WARD,<br><br>          Plaintiff,<br><br>    v.<br><br>RAY MABUS,<br><br>          Defendant. | CASE NO. C15-5477 BHS<br><br>ORDER REQUESTING JOINT STATUS REPORT |

This matter comes before the Court on Plaintiff Vena Ward's ("Ward") motion to compel discovery (Dkt. 23). Ward's motion seeks responses to two categories of discovery: (1) email communications from three of her supervisors on the Navy's NNPI server; and (2) data regarding other similarly situated employees' promotions to GS-12. *Id.*

With respect to the first category, the parties have since reached an agreement regarding the production of the emails. Dkt. 29 at 5; Dkt. 31 at 1–2, 6. As for the second category, Defendant Ray Mabus argues the motion should be denied because Ward's delayed promotion claim is time barred. Dkt. 29 at 6. The Court, however, recently

ORDER - 1

ruled that material questions of fact exist as to whether equitable estoppel applies to Ward's delayed promotion claim. Dkt. 32 at 12.

In light of the Court's ruling, it is unclear whether there is still a discovery dispute. The Court therefore requests a joint status report from the parties. The parties shall confer and provide the Court with a joint status report by August 19, 2016. Ward's motion to compel is renoted for consideration on the Court's August 19, 2016 calendar.

**IT IS SO ORDERED.**

Dated this 8 day of August, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2